UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENISE MACMILLAN
AKA: DENISE HERBERT

    Debtor(s)      CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
vs.

DENISE MACMILLAN      CASE NO: 5-16-01300-JJT
AKA: DENISE HERBERT

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 18, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on May 8, 2016.

2. A Confirmation hearing was held and an Order was entered on September 13, 2016, denying confirmation.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENISE MACMILLAN
AKA: DENISE HERBERT

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-16-01300-JJT

Movant

# NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: December 13, 2016<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *December 5, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 18, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENISE MACMILLAN
AKA: DENISE HERBERT

CHAPTER 13

CASE NO: 5-16-01300-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

AND NOW, on November 18, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

KEVIN M. WALSH, ESQUIRE
297-299 PIERCE STREET
KINGSTON, PA  18704-

DENISE MACMILLAN
113 SECOND STREET
HARVEYS LAKE, PA  18618

Respectfully Submitted,
s/   Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 18, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DENISE MACMILLAN
        AKA: DENISE HERBERT

        Debtor(s)                    CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

DENISE MACMILLAN                     CASE NO: 5-16-01300-JJT
AKA: DENISE HERBERT

        Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.