UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DENISE MACMILLAN
           AKA: DENISE HERBERT

           Debtor(s)                       CHAPTER 13

      CHARLES J. DEHART, III
      CHAPTER 13 TRUSTEE
           Movant

     vs.

      DENISE MACMILLAN               CASE NO: 5-16-01300-JJT
      AKA: DENISE HERBERT

           Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on December 9, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about November 18, 2016 be withdrawn. The default has been cured.

                                            Respectfully Submitted,
                                              /s/ Charles J. DeHart, III
                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097

Dated: December 9, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENISE MACMILLAN
AKA: DENISE HERBERT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

DENISE MACMILLAN
AKA: DENISE HERBERT

CASE NO: 5-16-01300-JJT

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on December 9, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on December 9, 2016.

DENISE MACMILLAN
113 SECOND STREET
HARVEYS LAKE, PA 18618

KEVIN M. WALSH, ESQUIRE
297-299 PIERCE STREET
KINGSTON, PA 18704-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: December 9, 2016