```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-01300-JJT
Denise MacMillan                                                          Chapter 13
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: MMchugh              Page 1 of 1              Date Rcvd: Jun 09, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db            +Denise MacMillan,   113 Second Street,   Harveys Lake, PA 18618-3146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David Schwager    on behalf of Creditor   General Municipal Authority of the Borough of Harveys
               Lake des@csmlawoffices.com, dschwagr@epix.net
              James Warmbrodt    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Denise  MacMillan KMWesq@aol.com, law297@aol.com
              Thomas I Puleo    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| DENISE MACMILLAN, | : | |
| | : | CASE NO: 16-01300 |
| Debtor | : | |

# ORDER APPROVING
# MOTION FOR APPROVAL OF
# MORTGAGE MODIFICATION AGREEMENT
# (113 Second Street, Harveys Lake, PA 18618)

Upon and after due consideration of the within Motion, Debtor's Motion for approval of Mortgage Modification Agreement is granted..

Dated: June 9, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)