In re:  
Denise MacMillan  
    Debtor

Case No. 16-01300-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: MMchugh    Page 1 of 2    Date Rcvd: Oct 17, 2017  
                 Form ID: fnldecnd    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.

```
db              +Denise MacMillan,    113 Second Street,    Harveys Lake, PA 18618-3146
cr              +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                  P.O. Box 910,    Wilkes Barre, PA 18703-0910
4769222         +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4769223         +Geisinger Medical Center,    100 N Academy Avenue,    Danville, PA 17822-0001
4769224         +Gen Muni Authority of Harveys Lake,    P O Box 53,    Harveys Lake, PA 18618-0053
4788154         +General Municipal Authority,    of Harveys Lake,    P O Box 53,    Harveys Lake, PA 18618-0053
4788155         +Harveys Lake Boro,    4875 Memorial Highway,    Harveys Lake, PA 18618-2186
4769225         +Harveys Lake Boro,    P O Box 60,    Harveys Lake, PA 18618-0060
4788157         +Northeast Revenue Service, LLC,    200 North River Street,    Wilkes Barre, PA 18711-1004
4788158         +Rushmore Loan Management Services, LLC,    P.O. Box 52708,    Irvine, CA 92619-2708
4769227         +Rushmore Loan Services,    P O Box 52708,    Irvine, CA 92619-2708
4788159        #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
4817984         +Wilmington Savings Fund Society, FSB,    c/o ShellPoint Mortgage Servicing,
                  55 Beattie Place, Suite 100,    Greenville, SC 29601-2137
4946393         +Wilmington Savings Fund Society, FSB, et al.,    c/o Shellpoint Mortgage Servicing,
                  P.O. Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4788156          E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 17 2017 19:15:21     Jefferson Capital Systems, LLC,
                  16 McLeland Road,    Saint Cloud, MN 56303
4769229         +E-mail/Text: Bankruptcy@wsfsbank.com Oct 17 2017 19:15:41     Wilmington Savings Fund,
                  500 Deleware Ave,    11th Floor,    Wilmington, DE 19801-7405
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Shellpoint Mortgage Servicing,    P.O. Box 10826
4769226          Jefferson Capital
4769228          Verizon
4788152*        +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4788153*        +Geisinger Medical Center,    100 N Academy Avenue,    Danville, PA 17822-0001
4788160*        +Wilmington Savings Fund,    500 Deleware Ave,    11th Floor,    Wilmington, DE 19801-7405
                                                                                 TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:

       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
       David   Schwager    on behalf of Creditor    General Municipal Authority of the Borough of Harveys Lake des@csmlawoffices.com, dschwagr@epix.net  
       James   Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al... bkgroup@kmllawgroup.com  
       John F Goryl    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al... bkgroup@kmllawgroup.com  
       Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al... bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Kevin M Walsh    on behalf of Debtor 1 Denise MacMillan KMWesq@aol.com,  law297@aol.com  
       Thomas I Puleo    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al... tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Denise MacMillan  
aka Denise Herbert  
113 Second Street  
Harveys Lake, PA 18618

Chapter 13  
Case No. 5:16−bk−01300−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−2053

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Denise MacMillan, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: October 17, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk