```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 16-01300-JJT
Denise MacMillan                                                           Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh                 Page 1 of 2                   Date Rcvd: Jan 11, 2018
                             Form ID: pdf010               Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db             +Denise MacMillan,    113 Second Street,    Harveys Lake, PA 18618-3146
cr             +Fairway Consumer Discount Company,    c/o Chariton, Schwager & Malak,    138 South Main Street,
                 P.O. Box 910,    Wilkes Barre, PA 18703-0910
4769222        +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4769223        +Geisinger Medical Center,    100 N Academy Avenue,    Danville, PA 17822-0001
4769224        +Gen Muni Authority of Harveys Lake,    P O Box 53,    Harveys Lake, PA 18618-0053
4788154        +General Municipal Authority,    of Harveys Lake,    P O Box 53,    Harveys Lake, PA 18618-0053
4788155        +Harveys Lake Boro,    4875 Memorial Highway,    Harveys Lake, PA 18618-2186
4769225        +Harveys Lake Boro,    P O Box 60,    Harveys Lake, PA 18618-0060
4788157        +Northeast Revenue Service, LLC,    200 North River Street,    Wilkes Barre, PA 18711-1004
4788158        +Rushmore Loan Management Services, LLC,    P.O. Box 52708,    Irvine, CA 92619-2708
4769227        +Rushmore Loan Services,    P O Box 52708,    Irvine, CA 92619-2708
4788159        #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
4817984        +Wilmington Savings Fund Society, FSB,    c/o ShellPoint Mortgage Servicing,
                 55 Beattie Place, Suite 100,    Greenville, SC 29601-2137
4946393        +Wilmington Savings Fund Society, FSB, et al.,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4788156         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 18:58:07     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
4769229        +E-mail/Text: Bankruptcy@wsfsbank.com Jan 11 2018 18:58:20     Wilmington Savings Fund,
                 500 Deleware Ave,    11th Floor,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shellpoint Mortgage Servicing,    P.O. Box 10826
4769226         Jefferson Capital
4769228         Verizon
4788152*       +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4788153*       +Geisinger Medical Center,    100 N Academy Avenue,    Danville, PA 17822-0001
4788160*       +Wilmington Savings Fund,    500 Deleware Ave,    11th Floor,    Wilmington, DE 19801-7405
                                                                                TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David Schwager    on behalf of Creditor    General Municipal Authority of the Borough of Harveys
               Lake des@csmlawoffices.com, dschwagr@epix.net
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Denise MacMillan KMWesq@aol.com, law297@aol.com
              Thomas I Puleo    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| DENISE MACMILLAN, | : | |
| | : | CASE NO: 16-01300 |
| Debtor | : | |

## ORDER

Upon and after due consideration, Debtor's Motion to Reopen Case is hereby granted contingent on the debtor filing the required certifications on or before 30 days from the date of this order. If the required certifications are not timely filed the case will be closed without further notice.

Dated: January 11, 2018

By the Court,

John J. Thomas, Bankruptcy Judge    (RPR)