In re:                                                                    Case No. 16-01300-JJT
Denise MacMillan                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: MMchugh      Page 1 of 1      Date Rcvd: Jan 16, 2018
                     Form ID: orclreop    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db          +Denise MacMillan,   113 Second Street,   Harveys Lake, PA 18618-3146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         David Schwager   on behalf of Creditor   General Municipal Authority of the Borough of Harveys
          Lake des@csmlawoffices.com,  dschwagr@epix.net
         James Warmbrodt   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
          bkgroup@kmllawgroup.com
         John F Goryl   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
          bkgroup@kmllawgroup.com
         Joshua I Goldman   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Kevin M Walsh   on behalf of Debtor 1 Denise  MacMillan KMWesq@aol.com,  law297@aol.com
         Thomas I Puleo   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY et al...
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                              TOTAL: 8

orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Denise MacMillan  
aka Denise Herbert

Chapter 13

Case number 5:16–bk–01300–JJT

**Debtor(s)**

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: January 16, 2018

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk